**O'CONNOR LAW GROUP, P.C.**
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
384 Forest Ave., Suite 17
Laguna Beach, CA 92651
Tel: (949) 494-9090 | Email: hello@teamolg.com

**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
4370 La Jolla Village Dr., Suite 800
San Diego, CA 92122
Tel: (858) 259-5009 | Email: rwirtz@wirtzlaw.com

**REALLAW APC**
Michael J. Hassen, Esq. (SBN 124823)
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Tel: (956) 359-7500 | Email: mjhassen@reallaw.us

Attorneys for Plaintiff:      DANIEL AARON HOROWITZ

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT - OAKLAND DIVISION

| | |
|---|---|
| **DANIEL AARON HOROWITZ, individually and on behalf of all others similarly situated**,<br><br>Plaintiff,<br><br>vs.<br><br>**TESLA MOTORS, INC., a Delaware Corporation**,<br><br>Defendant. | **Case No.  4:21-cv-09635-HSG**<br>*Unlimited Jurisdiction*<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**Hearing Date:   May 26, 2022**<br>**Hearing Time:   2:00 p.m.**<br><br>*Assigned to the Hon. Haywood S. Gilliam, Jr.,* Courtroom 2, 4th Floor<br><br>Date Filed:      December 14, 2021<br>Trial Date:      Not Set |

///

///

///

///

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties hereto stipulate to and respectfully request an order from the honorable Court for the follow briefing schedule for Defendant TESLA MOTORS, INC's ("Tesla" or "Defendant") Motion to Dismiss ("[the] Motion"):

1. Defendant has served and Plaintiff has accepted the Motion as of January 25, 2022;

2. Plaintiff shall file and serve his Opposition on March 1, 2022;

3. Defendant shall file and serve its Reply on March 22, 2022;

4. The Motion shall be heard as scheduled on May 26, 2022, at 2:00 p.m. in Courtroom 2 on the 4th Floor of the Oakland Division of the California Northern District Court.

Dated: February 8, 2022                    **O'CONNOR LAW GROUP, P.C.**

/s/ Larry S. Castruita, Esq.
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
Attorneys for Plaintiff:
DANIEL AARON HOROWITZ

Dated: February 8, 2022                    **SHOOK, HARDY & BACON, LLP**

/s/ Amir Nassihi, Esq.
Amir Nassihi, Esq. (SBN 235936)
Andrew L. Chang, Esq. (SBN 222309)
Jason M. Richardson, Esq. (SBN 250916)
Michael L. Mallow, Esq. (SBN 188745)
Attorneys for Defendant:
TESLA MOTORS, INC.

## [PROPOSED] ORDER

This Court, having considered THE PARTIES' *stipulation*, and finding good cause, makes the orders the Briefing Schedule as set forth in the above stipulation with respect to Defendant TESLA MOTORS, INC.'s Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____

_____
HAYWOOD S. GILLIAM, JR.
*Judge of the Northern District of California*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Ave., Suite 17, Laguna Beach, CA 92651.

     On **February 8, 2022**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**, to all interested parties in this action as set forth in the service list below, in the following matter:

[_]    **BY U.S. MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Laguna Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[_]    **BY EXPRESS MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

[X]    **BY ELECTRONIC SERVICE:** I caused said document(s) to be served electronically pursuant to Code of Civil Procedure §1010.6(a).

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 8, 2022**, at Laguna Beach, California.

                         Kristin N. Arndt

SERVICE LIST

| | |
|---|---|
| Amir Nassihi, Esq. (SBN 235936)<br>Andrew L. Chang, Esq. (SBN 222309)<br>Jason M. Richardson, Esq. (SBN 250916)<br>**SHOOK, HARDY & BACON, LLP**<br>555 Mission St, Ste 2300, San Francisco, CA 94105<br>Tel: (415) 544-1900 | Fax: (415) 391-0281<br>Email:  anassihi@shb.com, achang@shb.com,<br>        jmrichardson@shb.com<br>**Attorneys for Defendant(s): TESLA MOTORS, INC.** | Michael L. Mallow, Esq. (SBN 188745)<br>**SHOOK, HARDY & BACON, LLP**<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel: (424) 285-8330 | Fax: (424) 204-9093<br>Email:  mmallow@shb.com<br>**Attorneys for Defendant(s): TESLA MOTORS, INC.** |