**O'CONNOR LAW GROUP, P.C.**
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
384 Forest Ave., Suite 17
Laguna Beach, CA 92651
Tel: (949) 494-9090 | Email: hello@teamolg.com

**WIRTZ LAW APC**
Richard M. Wirtz, Esq. (SBN 137812)
4370 La Jolla Village Dr., Suite 800
San Diego, CA 92122
Tel: (858) 259-5009 | Email: rwirtz@wirtzlaw.com

**REALLAW APC**
Michael J. Hassen, Esq. (SBN 124823)
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Tel: (956) 359-7500 | Email: mjhassen@reallaw.us

Attorneys for Plaintiff:   DANIEL AARON HOROWITZ

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT - OAKLAND DIVISION

| | |
|---|---|
| **DANIEL AARON HOROWITZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TESLA MOTORS, INC.,** a Delaware Corporation,<br><br>Defendant. | Case No.   **4:21-cv-09635-HSG**<br>*Unlimited Jurisdiction*<br><br>**STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date:   May 26, 2022<br>Hearing Time:   2:00 p.m.<br><br>*Assigned to the Hon. Haywood S. Gilliam, Jr.,* Courtroom 2, 4th Floor<br><br>Date Filed:   December 14, 2021<br>Trial Date:   Not Set |

///
///
///
///

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties hereto stipulate to and respectfully request an order from the honorable Court for the follow briefing schedule for Defendant TESLA MOTORS, INC's ("Tesla" or "Defendant") Motion to Dismiss ("[the] Motion"):

1. Defendant has served and Plaintiff has accepted the Motion as of January 25, 2022;
2. Plaintiff shall file and serve his Opposition on March 1, 2022;
3. Defendant shall file and serve its Reply on March 22, 2022;
4. The Motion shall be heard as scheduled on May 26, 2022, at 2:00 p.m. in Courtroom 2 on the 4th Floor of the Oakland Division of the California Northern District Court.

Dated: February 8, 2022            **O'CONNOR LAW GROUP, P.C.**

/s/ Larry S. Castruita, Esq.
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
Attorneys for Plaintiff:
DANIEL AARON HOROWITZ

Dated: February 8, 2022            **SHOOK, HARDY & BACON, LLP**

/s/ Amir Nassihi, Esq.
Amir Nassihi, Esq. (SBN 235936)
Andrew L. Chang, Esq. (SBN 222309)
Jason M. Richardson, Esq. (SBN 250916)
Michael L. Mallow, Esq. (SBN 188745)
Attorneys for Defendant:
TESLA MOTORS, INC.

**ORDER**

This Court, having considered THE PARTIES' *stipulation*, and finding good cause, makes the orders the Briefing Schedule as set forth in the above stipulation with respect to Defendant TESLA MOTORS, INC.'s Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:   2/9/2022

*(signature)*
HAYWOOD S. GILLIAM, JR.
*Judge of the Northern District of California*