**O'CONNOR LAW GROUP, P.C.**
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
384 Forest Ave., Suite 17
Laguna Beach, CA 92651
Tel: (949) 494-9090 | Email: hello@teamolg.com

**WIRTZ LAW APC**
Richard M. Wirtz, Esq. (SBN 137812)
4370 La Jolla Village Dr., Suite 800
San Diego, CA 92122
Tel: (858) 259-5009 | Email: rwirtz@wirtzlaw.com

**REALLAW APC**
Michael J. Hassen, Esq. (SBN 124823)
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Tel: (956) 359-7500 | Email: mjhassen@reallaw.us

Attorneys for Plaintiff:     DANIEL AARON HOROWITZ

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT - OAKLAND DIVISION

| | |
|---|---|
| **DANIEL AARON HOROWITZ, individually and on behalf of all others similarly situated**,<br><br>Plaintiff,<br><br>vs.<br><br>**TESLA MOTORS, INC., a Delaware Corporation**,<br><br>Defendant. | **Case No.   4:21-cv-09635-HSG**<br>*Unlimited Jurisdiction*<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND OTHER DEADLINES FOR DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DEFENDANT'S MOTION TO DISMISS OR STAY CLAIMS**<br><br>**Hearing Date:    June 16, 2022**<br>**Hearing Time:    2:00 p.m.**<br><br>*Assigned to the Hon. Haywood S. Gilliam, Jr.,*<br>Courtroom 2, 4th Floor<br><br>Date Filed:        December 14, 2021<br>Trial Date:        Not Set |

///

TO THE HONORABLE COUT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Parties hereto stipulate to, and respectfully request, an order from the honorable Court for the following Briefing Schedule, consolidation of hearing dates, and deferral of other deadlines for Defendant TESLA, INC.'s ("Defendant") Motion to Dismiss and Motion to Compel Individual Arbitration and Dismiss or Stay Claims:

1. Defendant filed and served the Motion to Dismiss to Plaintiff on January 25, 2022;

2. Defendant filed and served the Motion to Compel Individual Arbitration and Dismiss or Stay Claims to Plaintiff on February 17, 2022;

3. Plaintiff shall file and serve his Opposition to the Motion to Dismiss on April 6, 2022;

4. Plaintiff shall file and serve his Opposition to the Motion to Compel Individual Arbitration and Dismiss or Stay Claims on April 13, 2022;

5. Defendant shall file and serve its Reply to the Motion to Dismiss on May 10, 2022;

6. Defendant shall file and serve its Reply to the Motion Compel Individual Arbitration and Dismiss or Stay Claims on May 10, 2022;

7. The Motion to Dismiss hearing, currently set for May 26, 2022, shall be moved to June 16, 2022, at 2:00 p.m., in Courtroom 2 on the 4th Floor of the California Northern District - Oakland Division courthouse to coincide with Defendant TESLA's Motion to Compel Individual Arbitration.

8. The Motion to Compel Individual Arbitration and Dismiss or Stay Claims shall be heard as scheduled on June 16, 2022, at 2:00 p.m., in Courtroom 2 on the 4th Floor of the California Northern District - Oakland Division courthouse.

///
///
///
///
///
///
///

9.  All dates set forth in this court's scheduling order of 12/15/2021 for initial disclosures, ADR Certification and Rule 26(f) report under FRCivP 26(f) & ADR L.R. 3-5 shall occur either on further Order of this court or, absent any such order, within 60-days of the final orders on Defendant's pending Motion to Dismiss and to Motion to Compel Individual Arbitration.

Dated: March 1, 2022                    **O'CONNOR LAW GROUP, P.C.**

                                        _//s// Mark O'Connor_
                                        Mark O'Connor, Esq. (SBN 157680)
                                        Larry S. Castruita, Esq. (SBN 279263)
                                        Attorneys for Plaintiff:
                                        DANIEL AARON HOROWITZ

Dated: March 1, 2022                    **SHOOK, HARDY & BACON, LLP**

                                        _//s// Amir Nassihi_
                                        Amir Nassihi, Esq. (SBN 235936)
                                        Andrew L. Chang, Esq. (SBN 222309)
                                        Jason M. Richardson, Esq. (SBN 250916)
                                        Michael L. Mallow, Esq. (SBN 188745)
                                        Attorneys for Defendant: TESLA MOTORS, INC.

1

## <u>ORDER</u>

2       This Court, having considered THE PARTIES' *stipulation*, and finding good cause, makes

3 the orders for the Briefing Schedule, consolidation of hearing dates, and deferral of other deadlines

4 as set forth in the above stipulation with respect to Defendant TESLA, INC.'s Motion to Dismiss

5 and Motion to Compel Individual Arbitration and Dismiss or Stay Claims.

6

7 **IT IS SO ORDERED.**

8

9 Dated: _____3/2/2022_____

10                                 HON. HAYWOOD S. GILLIAM, JR.
*Judge of the Northern District of California*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-