1  **O'CONNOR LAW GROUP, P.C.**
2  Mark O'Connor, Esq. (SBN 157680)
   Larry S. Castruita, Esq. (SBN 279263)
3  384 Forest Ave., Suite 17
   Laguna Beach, CA 92651
4  Tel: (949) 494-9090 | Email: hello@teamolg.com

5  **WIRTZ LAW APC**
   Richard M. Wirtz, Esq. (SBN 137812)
6  Ommar Chavez, Esq. (SBN 331508)
7  Daniel Z. Inscore, Esq. (SBN 325203)
   4370 La Jolla Village Dr., Suite 800
8  San Diego, CA 92122
   Tel: (858) 259-5009 | Email: rwirtz@wirtzlaw.com
9
   **REALLAW APC**
10 Michael J. Hassen, Esq. (SBN 124823)
11 1981 N. Broadway, Suite 280
   Walnut Creek, CA 94596
12 Tel: (956) 359-7500 | Email: mjhassen@reallaw.us

13 Attorneys for Plaintiff:   DANIEL AARON HOROWITZ
14

15                  **UNITED STATES DISTRICT COURT**
16           **CALIFORNIA NORTHERN DISTRICT - OAKLAND DIVISION**

| | |
|---|---|
| **DANIEL AARON HOROWITZ,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **TESLA MOTORS, INC., a Delaware Corporation,** <br><br> Defendant. | Case No.  4:21-cv-09635-HSG <br> *Unlimited Jurisdiction* <br><br> **STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND MOTION TO DISMISS** <br><br> Hearing Date:   June 16, 2021 <br> Hearing Time:   2:00 p.m. <br><br> *Assigned to the Hon. Haywood S. Gilliam, Jr.,* Courtroom 2, 4th Floor <br><br> Date Filed:   December 14, 2021 <br> Trial Date:   Not Set |

///

-1-

*Horowitz v. Tesla* - STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR
DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND TO DISMISS

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Daniel Aaron Horowitz ("Plaintiff") and Defendant Tesla Motors, Inc. ("Defendant") (hereinafter, "the Parties") stipulate to and respectfully request an order from the honorable Court for the follow briefing schedule for Defendant's Motion to Compel Individual Arbitration and Dismiss or Stay Claims (Dkt. 17), and Motion to Dismiss (Dkt. 14) as follows:

1. Plaintiff shall file and serve his Opposition to Defendant's Motion to Compel Arbitration (Dkt. 17) on or before April 27, 2022;
2. Defendant shall file and serve its Reply in Support of Motion to Compel Arbitration (Dkt. 17) on or before May 31, 2022;
3. Defendant shall also file its Reply in support of its Motion to Dismiss (Dkt. 14) on or before May 31, 2022
4. Both motions shall be heard as scheduled on June 16, 2022, at 2:00 p.m. in Courtroom 2 on the 4th Floor of the Oakland Division of the California Northern District Court, or any time thereafter as this honorable court may be available.
5. All dates set forth in this court's scheduling order of 12/15/2021 for initial disclosures, ADR Certification and Rule 26(f) report under Fed. R. Civ. P. 26(f) & ADR L.R. 3-5 shall occur either on further Order of this court or, absent any such order, within 60-days of the final orders on Defendant's pending Motion to Dismiss and to Motion to Compel Individual Arbitration.

Dated: April 13, 2022     **O'CONNOR LAW GROUP, P.C.**

/s/ Larry S. Castruita
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
Attorneys for Plaintiff:
DANIEL AARON HOROWITZ

| | | |
|---|---|---|
| 1 | Dated: April 13, 2022 | **WIRTZ LAW APC** |
| 2 | | |
| 3 | | /s/ Richard M. Wirtz |
| 4 | | Richard M. Wirtz, Esq. (SBN 157680) |
| | | Ommar Chavez, Esq. (SBN 331508) |
| 5 | | Daniel Z. Inscore, Esq. (SBN 325203) |
| 6 | | Attorneys for Plaintiff: |
| | | DANIEL AARON HOROWITZ |
| 7 | | |
| 8 | Dated: April 13, 2022 | **SHOOK, HARDY & BACON, LLP** |
| 9 | | |
| 10 | | /s/ Amir Nassihi |
| | | Amir Nassihi, Esq. (SBN 235936) |
| 11 | | Andrew L. Chang, Esq. (SBN 222309) |
| 12 | | Jason M. Richardson, Esq. (SBN 250916) |
| | | Michael L. Mallow, Esq. (SBN 188745) |
| 13 | | Attorneys for Defendant: |
| | | TESLA MOTORS, INC. |

-3-

*Horowitz v. Tesla* - STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND TO DISMISS

## ORDER

This Court, having considered THE PARTIES' *stipulation*, and finding good cause, orders the Briefing Schedule as set forth in the above stipulation with respect to Defendant TESLA MOTORS, INC.'s Defendant's Motion to Compel Individual Arbitration and Dismiss or Stay Claims, and Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  4/14/2022

HAYWOOD S. GILLIAM, JR.
*Judge of the Northern District of California*

-4-

*Horowitz v. Tesla* - STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND TO DISMISS