SHOOK, HARDY & BACON L.L.P.
Amir Nassihi (SBN 235936)
anassihi@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
Jason M. Richardson (SBN 250916)
jmrichardson@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 |
Fax: (415) 391-0281

Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330 |
Fax: (424) 204-9093

Attorneys for Defendant
TESLA, INC.

O'CONNOR LAW GROUP, P.C.
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
384 Forest Ave., Suite 17
Laguna Beach, CA 92651
Tel: (949) 494-9090 |
Email: hello@teamolg.com

WIRTZ LAW APC
Richard M. Wirtz, Esq. (SBN 137812)
4370 La Jolla Village Dr., Suite 800
San Diego, CA 92122
Tel: (858) 259-5009 |
Email: rwirtz@wirtzlaw.com

REALLAW APC
Michael J. Hassen, Esq. (SBN 124823)
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596
Tel: (956) 359-7500 |
Email: mjhassen@reallaw.us
Attorneys for Plaintiff: DANIEL AARON HOROWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DANIEL AARON HOROWITZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC.,<br><br>Defendant. | Case No. 4:21-cv-09635-HSG<br><br>**JOINT STATUS REPORT CONCERNING ARBITRATION**<br><br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Dept: 2 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties advise the Court that there have been discussions to resolve this matter. If they are unsuccessful, individual arbitration in this matter will commence in September. Parties will advise the Court of their progress in the next status report.

Dated: August 8, 2022

                                                   O'CONNOR LAW GROUP, P.C.

                                                   By:   */s/ Mark O'Connor*
                                                          Mark O'Connor
Attorneys for Plaintiff:
DANIEL AARON HOROWITZ

Dated: August 8, 2022

                                                 SHOOK, HARDY & BACON L.L.P.

                                                 By:   */s/ Amir Nassihi*
                                                          Amir Nassihi
Attorneys for Defendant:
TESLA MOTORS, INC.