**O'CONNOR LAW GROUP, P.C.**
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
384 Forest Ave., Suite 17
Laguna Beach, CA 92651.  Tel: (949) 494-9090 | Email: hello@teamolg.com
**WIRTZ LAW APC**
Richard M. Wirtz, Esq. (SBN 137812)
4370 La Jolla Village Dr., Suite 800
San Diego, CA 92122.   Tel: (858) 259-5009 | Email: rwirtz@wirtzlaw.com
**REALLAW APC**
Michael J. Hassen, Esq. (SBN 124823)
1981 N. Broadway, Suite 280
Walnut Creek, CA 94596 Tel: (956) 359-7500 | Email: mjhassen@reallaw.us
Attorneys for Plaintiff:  DANIEL AARON HOROWITZ

**SHOOK, HARDY & BACON, LLP**
Amir Nassihi, Esq. (SBN 235936)
Email: anassihi@shb.com
555 Mission St, Ste 2300, San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281
Attorneys for Defendant(s): TESLA MOTORS, INC.

# UNITED STATES DISTRICT COURT

# CALIFORNIA NORTHERN DISTRICT - OAKLAND DIVISION

| | |
|---|---|
| **DANIEL AARON HOROWITZ, individually and on behalf of all others similarly situated**, <br><br> Plaintiff, <br><br> vs. <br><br> **TESLA MOTORS, INC., a Delaware Corporation**, <br><br> Defendant. | Case No. 4:21-cv-09635-HSG <br> *Unlimited Jurisdiction* <br><br> **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** <br><br> Date Filed:    December 14, 2021 <br> Trial Date:     Not Set |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).

Dated: December 8, 2022     **O'CONNOR LAW GROUP, P.C.**

_____
Mark O'Connor, Esq. (SBN 157680)
Larry S. Castruita, Esq. (SBN 279263)
Attorneys for Plaintiff:
DANIEL AARON HOROWITZ

Dated: December 8, 2022     **SHOOK, HARDY & BACON, LLP**

 /s/ Amir Nassihi
_____
Amir Nassihi, Esq. (SBN 235936)
Andrew L. Chang, Esq. (SBN 222309)
Jason M. Richardson, Esq. (SBN 250916)
Attorneys for Defendant:
TESLA MOTORS, INC.

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and and costs.  The Clerk is directed to close the file.

Dated:   12/9/2022

*signature*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Ave., Suite 17, Laguna Beach, CA 92651.

On **December 8, 2022**, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL** to all interested parties in this action as set forth in the service list below, in the following matter:

[_]  **BY U.S. MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Laguna Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[_]  **BY PERSONAL SERVICE**: I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

[_]  **BY EXPRESS MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

[X]  **BY ELECTRONIC SERVICE:** I caused said document(s) to be served electronically pursuant to Code of Civil Procedure §1010.6(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 8, 2022**, at Laguna Beach, California.

David Womack

## SERVICE LIST

| Amir Nassihi, Esq. (SBN 235936) <br> Andrew L. Chang, Esq. (SBN 222309) <br> Jason M. Richardson, Esq. (SBN 250916) <br> **SHOOK, HARDY & BACON, LLP** <br> 555 Mission St, Ste 2300, San Francisco, CA 94105 <br> Tel: (415) 544-1900 \| Fax: (415) 391-0281 <br> Email: anassihi@shb.com, achang@shb.com, jmrichardson@shb.com | Michael L. Mallow, Esq. (SBN 188745) <br> **SHOOK, HARDY & BACON, LLP** <br> 2049 Century Park East, Suite 300 <br> Los Angeles, CA 90067 <br> Tel: (424) 285-8330 \| Fax: (424) 204-9093 <br> Email: mmallow@shb.com <br> **Attorneys for Defendant(s): TESLA MOTORS, INC.** |

| | |
|---|---|
| **Attorneys for Defendant(s): TESLA MOTORS, INC.** | |